IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JESSICA JOHNSON, o*n behalf of Herself and All Others Similarly Situated*,<br><br>   Plaintiffs,<br><br>v.<br><br>PALMS ASSOCIATES, LLC and DURHAM MEWS, LLC f/k/a DURHAM SECTION I ASSOCIATES, L.L.C.,<br><br>   Defendants. | Case No.: 1:20-CV-1049-WO-JLW |

**JOINT MOTION REQUESTING STATUS CONFERENCE**

Plaintiff Jessica Johnson ("Plaintiff") and Defendants Palms Associates, LLC and Durham Mews, LLC f/k/a Durham Section I Associates, L.L.C. ("Defendants"), through counsel, jointly request input and guidance from the Court in this matter. In support hereof, the parties respectfully show:

1. Plaintiff's Complaint alleges Defendants charged her "Eviction Fees" in violation of, *inter alia,* the North Carolina Residential Rental Agreements Act ("RRAA"), N.C. Gen. Stat. § 42-46.

2. On January 22, 2021, Plaintiff filed a Motion for Partial Judgment on the Pleadings with supporting Memorandum [DE 17, 18), to

which Defendants filed Opposition on February 12, 2021 [DE 20]. Plaintiff filed a Reply on March 25, 2021 [DE 25].

3. On June 23, 2021, the North Carolina General Assembly passed Session Law 2021-71, which amends RRAA § 42-46. Session Law 2021-71 became law on July 2, 2021.

4. On July 7, 2021, Defendants filed their Suggestion of Subsequently Decided Authority, attaching Session Law 2021-71. [DE 29]

5. The parties disagree about the effect of Session Law 2021-71 on this case and have discussed moving for permission to file supplemental memoranda regarding their positions on the impact of Session Law 2021-71 on Plaintiff's Motion [DE 17], and Defendants also plan to file a Motion for Judgment on the Pleadings. The parties anticipate that the same or similar arguments will be made in any supplemental briefing on Plaintiff's Motion [DE 17] and in connection with any Motion for Judgment on the Pleadings filed by Defendants. The parties have discussed a single round of briefing, but would like the Court's guidance.

6. Counsel for the parties have conferred and, mindful of the importance of judicial economy, seek the Court's input on the most efficient way to proceed. To that end, the parties respectfully request a telephonic or video conference or, if the Court would prefer, an in-person status conference.

7. Counsel for the parties are available for such a conference on August 4, 5, 9, 10 or 11.

WHEREFORE, Plaintiff and Defendants request a status conference with the Court for guidance in connection with the above matters.

This the 23rd day of July, 2021.

*/s/ Karl S. Gwaltney*  
MAGINNIS HOWARD, PLLC  
Edward H. Maginnis  
Karl S. Gwaltney  
4801 Glenwood Avenue,  
Suite 310  
Raleigh, NC 27612  
Telephone: 919-526-0450  
Fax: 919-882-8763  
emaginnis@maginnishoward.com  
kgwaltney@maginnishoward.com  

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC  
Scott C. Harris  
Patrick M. Wallace  
900 W. Morgan Street  
Raleigh, NC 27603  
Telephone: (919) 600-5000  
Facsimile: (919) 600-5035  
sharris@milberg.com  
pwallace@milberg.com  

*Attorneys for Plaintiff*

  */s/ Stephanie Gaston Poley*  
CRANFILL SUMNER LLP  
Stephanie Gaston Poley  
N.C. State Bar No. 31542  
Post Office Box 27808  
Raleigh, NC 27611-7808  
Telephone: (919) 828-5100  
Facsimile: (919) 863-3535  
spoley@cshlaw.com  

Patrick H. Flanagan  
NC State Bar 17407  
CRANFILL SUMNER LLP  
Post Office Box 30787  
Charlotte, NC 28230  
Telephone: (704) 332-8300  
Facsimile: (704) 332-9994  
phf@cshlaw.com  

*Attorneys for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2021, I electronically filed the foregoing *Joint Motion* with the Clerk of Court using the CM/ECF, which will send notification of such filing to the following:

Scott C. Harris
Patrick M. Wallace
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
sharris@milberg.com
pwallace@milberg.com

Edward H. Maginnis
Karl S. Gwaltney
MAGINNIS HOWARD, PLLC
emaginnis@maginnishoward.com
kgwaltney@maginnishoward.com

/s/ *Stephanie Gaston Poley*
CRANFILL SUMNER LLP
Stephanie Gaston Poley
N.C. State Bar No. 31542
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: (919) 828-5100
Facsimile: (919) 863-3535
spoley@cshlaw.com

Patrick H. Flanagan
NC State Bar 17407
CRANFILL SUMNER LLP
Post Office Box 30787
Charlotte, NC 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
phf@cshlaw.com

*Attorneys for Defendants*