IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:20-CV-1049

| | |
|---|---|
| JESSICA JOHNSON, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PALMS ASSOCIATES, LLC, and DURHAM MEWS, LLC, f/k/a DURHAM SECTION I ASSOCIATES, LLC,<br><br>Defendants. | **DEFENDANTS' MOTION TO STAY** |

NOW COME Defendants Palms Associates, LLC and Durham Mews, LLC f/k/a Durham Section I Associates, LLC, by and through their undersigned counsel, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to move the Court to enter an order staying all further proceeding, including discovery, pending determination of Plaintiff's Motion for Partial Judgment on the Pleadings [DE 17] and Defendants' forthcoming Motion for Judgment on the Pleadings. The specific grounds for this motion are set forth in the Memorandum of Law in Support of Defendant's Motion to Stay, which is being filed contemporaneously herewith in accordance with Local Civil Rule 7.3. Defendants have conferred with plaintiff in good faith in an effort to reach

an agreement on this issue without the need for court intervention. Plaintiff does not consent to this Motion.

WHEREFORE, Defendants respectfully requests that the Court grant a stay of all discovery pending resolution of Plaintiff's Motion for Partial Judgment on the Pleadings and Defendants' forthcoming Motion for Partial Judgment on the Pleadings, and grant any further relief as the Court deems just and proper.

Respectfully submitted, this the 30th day of July, 2021.

*/s/ Stephanie Gaston Poley*
CRANFILL SUMNER LLP
Stephanie Gaston Poley
N.C. State Bar No. 31542
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: (919) 828-5100
Facsimile: (919) 863-3535
spoley@cshlaw.com

Patrick H. Flanagan
NC State Bar 17407
CRANFILL SUMNER LLP
Post Office Box 30787
Charlotte, NC 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
phf@cshlaw.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2021, I electronically filed the foregoing *Motion to Stay* with the Clerk of Court using the CM/ECF, which will send notification of such filing to the following:

Scott C. Harris
Patrick M. Wallace
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
sharris@milberg.com
pwallace@milberg.com

Edward H. Maginnis
Karl S. Gwaltney
MAGINNIS HOWARD, PLLC
emaginnis@maginnishoward.com
kgwaltney@maginnishoward.com

/s/ Stephanie Gaston Poley
CRANFILL SUMNER LLP
Stephanie Gaston Poley
N.C. State Bar No. 31542
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: (919) 828-5100
Facsimile: (919) 863-3535
spoley@cshlaw.com

Patrick H. Flanagan
NC State Bar 17407
CRANFILL SUMNER LLP
Post Office Box 30787
Charlotte, NC 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
phf@cshlaw.com

*Attorneys for Defendants*