IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:20-cv-01049-WO-JLW

|  |  |
|---|---|
| JESSICA JOHNSON, on behalf of herself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PALMS ASSOCIATES, LLC, and DURHAM MEWS, LLC, f/k/a DURHAM SECTION I ASSOCIATES, | ) ) ) ) ) |
| Defendants. | ) ) ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT, FOR AWARD OF
ATTORNEYS' FEES AND EXPENSES, AND FOR SERVICE AWARD TO CLASS
REPRESENTATIVE**

Plaintiff Jessica Johnson ("Plaintiff"), on behalf of herself and all others similarly situated, respectfully moves the Court for an order granting final approval to the settlement in this class actionand, awarding of attorneys' fees, expenses and service award to class representative, and providing such other and further relief as this Court deems just and proper.

For the reasons described in Plaintiff's memorandums of law in support of this motion, Plaintiff respectfully requests that this Court grant the motion and enter the proposed Order and proposed Judgment.

Respectfully submitted May 1, 2023.

/s/ Scott C. Harris
Scott C. Harris
N.C. Bar No.: 35328

Patrick M. Wallace
N.C Bar No.: 48138
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN PLLC
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
sharris@milberg.com
pwallace@milberg.com

Edward H. Maginnis
N.C. State Bar No. 39317
Karl S. Gwaltney
N.C. State Bar No. 45118
MAGINNIS HOWARD
7706 Six Forks Rd Suite 101
Raleigh, North Carolina 27615
Telephone: (919) 526-0450
Fax: (919) 882-8763
emaginnis@maginnishoward.com
kgwaltney@maginnishoward.com

*Attorneys for Plaintiff and Settlement Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2023 I electronically filed the foregoing document

with the Clerk of Court using the CM/ECF system which will send notification of the filing

to all parties of record.

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC

*/s/ Scott C. Harris*
Scott C. Harris
N.C. Bar No.: 35328
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
sharris@milberg.com